B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number**   09−12456−SSM
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carl William Dyer Jr.<br>3705 Trigger Court<br>Alexandria, VA 22310 | Cassandra Dawn Lee<br>3705 Trigger Court<br>Alexandria, VA 22310 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
 Debtor: xxx−xx−7542                                   Joint Debtor: xxx−xx−2537

Employer Tax−Identification (EIN) No(s).(if any):
 Debtor:  NA                                            Joint Debtor:  NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  September 1, 2009                              William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: glennj              Page 1 of 1              Date Rcvd: Sep 01, 2009
Case: 09-12456                Form ID: B18              Total Noticed: 21
```

The following entities were noticed by first class mail on Sep 03, 2009.
```
db/jdb      +Carl William Dyer, Jr.,   Cassandra Dawn Lee,   3705 Trigger Court,   Alexandria, VA 22310-3138
tr          +Robert Ogden Tyler,   Tyler, Bartl, Ramsdell & Counts, P.L.C.,
             700 South Washington Street, Suite 216,   Alexandria, VA 22314-4287
8827054     +Chevy Chase Bank FSB,   7501 Wisconsin Avenue, 3rd Floor,   Bethesda, MD 20814-6519
8827055      Citi Card,   PO Box 183066,   Columbus, OH 43218-3066
8827056     +Citibank SD, N.A.,   6330 Gulfton,   Houston, TX 77081-1108
8827057      Downey Savings and Loan Assoc.,   PO Box 6060,   Newport Beach, CA 92658-6060
8827058      Home Depot,   PO Box 689100,   Des Moines, IA 50368-9100
8827060     +Margolis Pritzker Epstein & Blatt,   Suite 222,   110 West Road,   Towson, MD 21204-2341
8827061     +Margolis Pritzker Epstein & Blatt,   Siote 222,   110 West Road,   Towson, MD 21204-2316
8827064      SEARS,   PO Box 6283,   Sioux Falls, SD 57117-6283
8827049     +U. S. Trustee,   115 S Union Street/210,   Alexandria, VA 22314-3361
8827065      US Bank,   PO Box 6060,   Newport Beach, CA 92658-6060
```

The following entities were noticed by electronic transmission on Sep 02, 2009.
```
tr          +EDI: QROTYLER.COM Sep 02 2009 04:34:00      Robert Ogden Tyler,
             Tyler, Bartl, Ramsdell & Counts, P.L.C.,   700 South Washington Street, Suite 216,
             Alexandria, VA 22314-4287
8827050      EDI: HFC.COM Sep 02 2009 04:33:00      Beneficial,   PO Box 17574,   Baltimore, MD 21297-1574
8827051     +EDI: HFC.COM Sep 02 2009 04:33:00      Beneficial/HSBC,   PO Box 4153,
             Carol Stream, IL 60197-4153
8827052      EDI: CHASE.COM Sep 02 2009 04:33:00      CHASE,   Cardmember Service,   PO Box 15548,
             Wilmington, DE 19886-5548
8827053      EDI: CHASE.COM Sep 02 2009 04:33:00      CHASE,   Cardmember Service,   PO Box 15298,
             Wilmington, DE 19850-5298
8827059      EDI: RMSC.COM Sep 02 2009 04:33:00      LOWE'S,   PO Box 530914,   Atlanta, GA 30353-0914
8827063      E-mail/Text: ext_ebn_inbox@navyfederal.org                             Navy Federal Credit Union,
             PO Box 3000,   Merrifield, VA 22119-3000
8827062      E-mail/Text: ext_ebn_inbox@navyfederal.org                             Navy Federal Credit Union,
             PO Box 3500,   Merrifield, VA 22119-3500
8827066      EDI: USAA.COM Sep 02 2009 04:33:00      USAA,   PO Box 14050,   Las Vegas, NV 89114-4050
8827067      EDI: USAA.COM Sep 02 2009 04:33:00      USAA Credit Card Services,   190750 McDermott FWY,
             San Antonio, TX 78288-0570
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8827068*    +U. S. Trustee,   115 S. Union Street/210,   Alexandria, VA 22314-3361
                                                                                           TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 03, 2009**                         Signature:   *Joseph Speetjens*